**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**GENESIS MARINE LLC**                                                    **CIVIL ACTION**

**VERSUS**                                                                      **NO. 17-6763**

**HORNBECK OFFSHORE SERVICES, LLC**                          **SECTION "B"(4)**

<u>**ORDER JUDGMENT AND DECREE**</u>

This case began as the result of an Asset Purchase Agreement between Plaintiff Genesis Marine ("Plaintiff") and Defendant Hornbeck Offshore Services ("Defendant Hornbeck"). Plaintiff agreed to buy nine ocean going tugs and nine double-hulled tank barges (the "Vessels"). At the time of sale, the boats were under charter by Defendant Hornbeck to various third-parties. Pursuant to a Shipman Agreement Defendant Hornbeck agreed to provide crew and management services for smooth transition and operation of the Vessels under third party charters.

Conflicting interpretations of the contractual provisions regarding proper termination resulted in the instant dispute between the Parties, including issues arising from all three contractual agreements that were considered as a whole. Considering the testimony of all witnesses, exhibits admitted into evidence, parties' memoranda, argument of counsel, the law and

1

entire record, and pursuant to oral reasons rendered in open Court after closing arguments[1], held on Wednesday, July 25, 2018[2],

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff Genesis Marine, LLC and against the Defendant, Hornbeck Offshore Services, LLC in the amount of **SEVEN HUNDRED AND TWENTY TWO THOUSAND AND THREE HUNDRED AND FORTY SIX DOLLARS AND THIRTY FIVE CENTS ($722, 346.35)**[3], plus interest at federal rate and reasonable attorney's fees.

**IT IS FURTHER ORDERED** that Defendant Hornbeck's counterclaims are **DISMISSED with prejudice**, except for stipulated services. Plaintiff's awarded sum is to be reduced by stipulated amount of **ONE HUNDRED AND SEVENTEEN THOUSAND AND TWO HUNDRED AND EIGHTY FOUR DOLLARS AND FIFTY FOUR CENTS ($117, 284.54)**[4].

**IT IS FURTHER ORDERED** that Parties shall submit briefing on the issues dealing with attorney's fees:

1) To what extent Defendant Hornbeck is entitled to fees for successful result in seeking payment for shore services, lube and oil, etc. Including to the extent they might have waived such claim;
2) Amount of fees being sought, including the rate and hours for legal services;

---

[1] *See* Rec. Doc. 69 for Transcript.
[2] All pending motions, including Rec. Doc. 50, were **DISMISSED as moot**.
[3] Parties have stipulated to this amount *See* Rec. Doc. 52, No. 1
[4] Parties have stipulated to this amount *See* Rec. Doc. 52, No. 2.

3) Both Parties shall provide memoranda on the above issues **no later than Friday, August 10, 2018**;

4) Each Party shall be given opportunity to reply to the above memoranda, provided such Reply is submitted **no later than Friday, August 17, 2018**;

5) Parties are to brief only for fees on <u>successful</u> claims and entitlement thereto;

6) Once the above briefing is received, the Court may set evidentiary hearing or rule based on submissions.

New Orleans, Louisiana, this 3rd day of August, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE